ELIZABETH MEINERS, Respondent, *v.* HARRY R. CHINIGO, Appellant.

Submitted February 21, 1955; decided February 28, 1955.

*Edward J. Speno* for motion.

No one opposed.

Motion granted and appeal dismissed upon the ground that no judgment has been entered upon the order of the Appellate Division and the order does not finally determine the action within the meaning of the Constitution.